IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

AHMED MAHMOOD,

    Plaintiff,                                   CASE NO. **0:11-cv-60685**

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

    Defendant.
_____/

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, AHMED MAHMOOD ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Sunrise, Broward County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a limited liability company with a business office in Norfolk, Virginia.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. For the past year, Defendant has constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt related to an American Express personal account.

10. Defendant has called on an almost daily basis, multiple times per day, since 2009.

11. Defendant typically has called Plaintiff three (3) to four (4) times per day, almost every day.

12. Defendant threatened to sue Plaintiff unless immediate payment was made.

13. Defendant called from its phone numbers (678) 265-1568; (510) 355-1780; and (702) 410-7069.

14. Defendant contacted Plaintiff on multiple occasions before 8:00 a.m., local time

for the Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated §1692c(a)(1) of the FDCPA by contacting Plaintiff before 8:00 a.m.;

b) Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result was the abuse and harassment of the Plaintiff;

c) Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff; and

d) Defendant violated §1692e(5) of the FDCPA by threatening to take an action that it could not legally take, or that was not intended to be taken, by threatening to file a lawsuit against Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

19. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: /s/James D. Pacitti
James D. Pacitti
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 230
Fax: (866) 802-0021
Attorney for Plaintiff
FBN: 119768

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, AHMED MAHMOOD, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)

COUNTY OF BROWARD)

Plaintiff, AHMED MAHMOOD, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, AHMED MAHMOOD, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 3/21/11

_____
AHMED MAHMOOD
Plaintiff