UNITED STATES DISTRICT COURT
SOUTHERN ISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

AHMED MAHMOOD,

    Plaintiff,                              CASE NO. 0:11-cv-60685

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, AHMED MAHMOOD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                        RESPECTFULLY SUBMITTED,

                        By: /s/ James Pacitti_____
                            James Pacitti (FBN: 119768)
                            Krohn & Moss, Ltd
                            10474 Santa Monica Blvd, Suite 401
                            Los Angeles, CA 90025
                            Phone: (323) 988-2400 x 230
                            Fax: (866) 385-1408
                            jpacitti@consumerlawcenter.com
                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Keith S. McGurgan, Attorney for Defendant, by the Court's CM/ECF system.

>                                  /s/ James Pacitti
>                                  James Pacitti
>                                  Attorney for Plaintiff