UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60685-CIV-DIMITROULEAS

AHMED MAHMOOD,

    Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

    Defendant.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal [DE-8], filed herein on June 27, 2011. The Court has carefully considered the Notice and is otherwise fully advised in the premises. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Notice of Voluntary Dismissal [DE-8] is hereby **APPROVED**;

2.     This action is hereby **DISMISSED with prejudice**;

3.     The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of June, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record